377 A.2d 178

Commonwealth v. McCarley, Appellant.

Submitted March 8, 1976. Victor Dell'Alba and Gary L. Snyder, for appellant; Floyd P. Jones, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.